UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HONG YING ZHENG, | ) | CASE NO. C05-1334-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING HABEAS |
| | ) | PETITION |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation, docket no. 10;

(2) The Petition for Writ of Habeas Corpus (Dkt. #1) is GRANTED;

(3) Petitioner shall be released from ICE custody within 2 days after entry of this Order, on conditions set by the ICE which may include those set forth in 8 C.F.R. § 241.5(a);

(4) Respondents' motion to dismiss (Dkt. #8) is DENIED; and,

ORDER GRANTING HABEAS PETITION
PAGE -1

(5) The Clerk shall send a copy of this Order to all counsel of record, and to the Honorable Mary Alice Theiler.

DATED this 14th day of November, 2005.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING HABEAS PETITION
PAGE -2